*United States v. Melancon,* 972 F.2d 566, 567 (5th Cir.1992).

APPEAL DISMISSED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Antonio DE LA GARZA–GARCIA,
Defendant–Appellant.

No. 04–11336.

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2005.

Suzanna O. Etessam, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the District Court for resentencing is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.